AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| DAYBREAK EXPRESS, INC., individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 26-5571 SK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    See Attachment.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date:    06/11/2026                                                      Felicia Brown
_____              *Felicia Brown*              _____
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT TO SUMMONS

### Defendant Names and Addresses

CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.
CIMC R&D Center,
2 Gangwan Avenue,
Shekou, Nanshan District, Shenzhen, China

SHANGHAI UNIVERSAL LOGISTICS EQUIPMENT CO., LTD. a/k/a "DONG FANG INTERNATIONAL CONTAINERS"
Building 4, Lane 1318,
Shangcheng Road,
Pudong New Area, Shanghai, China

CXIC GROUP CONTAINERS CO. LTD.
11-12/F, Xincheng International Building,
88 Tong Jiang South Road,
Changzhou, Jiangsu Province 213003, China

SINGAMAS CONTAINER HOLDINGS LTD.
15th Floor, Allied Kajima Building,
No. 138 Gloucester Road,
Wanchai, Hong Kong

BOLIANG MAI
CIMC R&D Center,
2 Gangwan Avenue,
Shekou, Nanshan District, Shenzhen, China

TIANHUA HUANG a/k/a "T.H. HUANG"
CIMC R&D Center,
2 Gangwan Avenue,
Shekou, Nanshan District, Shenzhen, China

YONGBO WAN
CIMC R&D Center,
2 Gangwan Avenue,
Shekou, Nanshan District, Shenzhen, China

QIANMIN LI
Building 4, Lane 1318,
Shangcheng Road,
Pudong New Area, Shanghai, China

1

YUQIANG ZHANG a/k/a "JAMES ZHANG"
11-12/F, Xincheng International Building,
88 Tong Jiang South Road,
Changzhou, Jiangsu Province 213003, China

SIONG SENG TEO a/k/a "S.S. TEO"
15th Floor, Allied Kajima Building,
No. 138 Gloucester Road,
Wanchai, Hong Kong

VICK NAM HING MA a/k/a "VICK MA"
15th Floor, Allied Kajima Building,
No. 138 Gloucester Road,
Wanchai, Hong Kong

**Attorneys for Plaintiffs**

Joseph R. Saveri (SBN 130064)
Diane S. Rice (State Bar No. 118303)
Cadio Zirpoli (CA Bar No. 179108)
Ronnie S. Spiegel (*pro hac vice*)*
Christopher K. L. Young (SBN 318371)
Ivy Arai Tabbara (*pro hac vice*)*
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
        drice@saverilawfirm.com
        czirpoli@saverilawfirm.com
        rspiegel@saverilawfirm.com
        cyoung@saverilawfirm.com
        itabbara@saverilawfirm.com

*Located in Washington State*

Joseph J. DePalma (*pro hac vice* forthcoming)
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
jdepalma@litedepalma.com

2

Laura K. Mummert (*pro hac vice* forthcoming)
Steven J. Greenfogel (*pro hac vice* forthcoming)
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(267) 314-7980
lmummert@litedepalma.com
sgreenfogel@litedepalma.com

Michael J. Flannery (SBN 196266)
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
Two CityPlace Drive
St. Louis, MO  63141
Telephone:  (314) 226-1015
mflannery@cuneolaw.com

Evelyn Riley (*pro hac vice* forthcoming)
Alexandra Klein (*pro hac vice* forthcoming)
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
2445 M St. NW
Suite 740
Washington, D.C. 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
aklein@cuneolaw.com

3