UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANYL WITTE,

Plaintiff,

v.

CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD., et al.,

Defendants.

Case No. 26-cv-06422-EKL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Daybreak Express, Inc. v. China International Marine Containers (Group) Co., Ltd.*, No. 26-cv-05571-HSG.

**IT IS SO ORDERED.**

Dated: August 17, 2026

EUMI K. LEE
United States District Judge

United States District Court
Northern District of California